UNITED STATES OF AMERICA, Respondent, v. FRED B. COLE, Appellant.— Decision handed down March 27, 1930, █ granting leave to appeal to the Court of Appeals amended so as to provide that the question certified to the Court of Appeals shall read as follows: Had the Supreme Court, at Special Term, jurisdiction of the cause of action herein? Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

JOHN H. SCHERMERHORN, as Administrator, etc., of FANNIE POTTS HAWLEY, Deceased, and FLORENCE HAWLEY DICKSON, Appellants, v. WILLIAM P. HAWLEY, Individually and as Executor, etc., of SAMUEL HAWLEY, Deceased, and Others, Respondents, and Another.— Judgments unanimously affirmed, with costs to the respondents. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ELVIRA LIMONGELLI, Respondent, against McGOLDRICK REALTY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board, upon the ground that the employer's business was the dominant purpose of the trip during which the decedent was injured. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GRETA (MARGARET) AUN, Respondent, against M. JOSMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof that the deceased employee supported his alien mother, " either wholly or in part, for the period of one year prior to the date of the accident," as required by section 17 of the Workmen's Compensation Law. Van Kirk, P. J., Hinman, Davis and Hasbrouck, JJ., concur; Hill, J., dissents and votes for affirmance.

In the Matter of the Claim of VITO PALUMBO, Respondent, against MORANTI & RAYMOND, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MABEL C. FULLER, Respondent, against TITLE GUARANTEE AND TRUST COMPANY and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent. █—Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WALTER HURRELL, Respondent, against PEOPLE'S ICE COMPANY and Another, Appellants.—Award unanimously affirmed, with costs